Before GARRECHT and HANEY, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon motion of appellant, consented to by appellee, ordered appeal dismissed; that a decree of dismissal be filed and entered; mandate forthwith.

Before GARRECHT and HANEY, Circuit Judges, and NETERER, District Judge.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed, that a decree of dismissal be filed and entered accordingly; mandate forthwith.

## The UNITED STATES of America v. The WEBSTER MANUFACTURING COMPANY.
### No. 6144.

Circuit Court of Appeals, Seventh Circuit.
Jan. 16, 1937.

Michael L. Igoe, of Chicago, Ill., for the United States.

Before EVANS and SPARKS, Circuit Judges.

PER CURIAM.

On motion of counsel for appellant, and upon consideration of the certificate of the clerk of the United States District Court filed this day, it is ordered and adjudged that this cause be docketed in this court and that this appeal be, and the same is hereby, dismissed.

## Mark E. WADDOUPS v. CLARK, U. S. Marshal for Southern District of California.
### No. 8438.

Circuit Court of Appeals, Ninth Circuit.
March 22, 1937.

David H. Cannon, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal., for appellee.

## William Oscar WALKUP, Appellant, v. J. V. CROCKETT, Jr., Trustee of Estate of William Oscar Walkup, Appellee.
### No. 7655.

Circuit Court of Appeals, Sixth Circuit.
March 4, 1937.

Wm. M. Greene, of Nashville, Tenn., for appellant.

William C. Sugg, of Nashville, Tenn., for appellee.

Before MOORMAN, HICKS, and SIMONS, Circuit Judges.

PER CURIAM.

It appearing to the court that a joint motion to docket and dismiss the appeal has been filed, accompanied by certificate of the clerk of the District Court as provided by rule 18, on consideration whereof, it is ordered that the appeal be, and the same is hereby, docketed and dismissed.

## Benjamin C. WALLER, Appellant, v. UNITED STATES of America, Appellee.
### No. 7630.

Circuit Court of Appeals, Sixth Circuit.
March 9, 1937.